**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

        Plaintiff,        CRIM NO. 14-20525

-vs-                  HON. LAURIE J. MICHELSON

D-1 NATHANIEL PEMBROOK,
D-2 DAVID BRILEY,        VIOLATIONS:
D-3 SHAEED CALHOUN,    18 U.S.C. §§ 1951(a), 2
D-4 ORLANDO JOHNSON    18 U.S.C. §§ 924(c), 2
                                      18 U.S.C. §§ 922(g), 2
        Defendants.
_____/

## SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE

(18 U.S.C. §§1951(a), 2 - *Interference with Commerce by Robbery; Aiding and Abetting*)

That on or about April 22, 2014, in the Eastern District of Michigan, Southern Division, defendants NATHANIEL PEMBROOK, DAVID BRILEY, SHAEED CALHOUN, and ORLANDO JOHNSON did unlawfully obstruct, delay, and affect interstate commerce, and the movement of articles and commodities in such commerce, by robbery of a

1

jewelry store that was engaged in commercial activity that affects interstate commerce; namely: Tapper's Diamonds and Fine Jewelry, located at 6337 Orchard Lake Road, West Bloomfield, Michigan. Defendants aided and abetted each other and others to unlawfully take property from the presence of store employees and against their will by means of actual and threatened force, violence and fear of injury; that is: robbery of the employees and store at gun point, all in violation of Title 18, United States Code, Sections 1951(a) and 2.

## COUNT TWO

(18 U.S.C. §§ 924(c), 2 – *Possession of a Firearm in Furtherance of a Crime of Violence; Aiding and Abetting*)

That on or about April 22, 2014, in the Eastern District of Michigan, Southern Division, defendants NATHANIEL PEMBROOK, DAVID BRILEY, SHAEED CALHOUN, and ORLANDO JOHNSON did knowingly aid and abet the use and carrying of a firearm during and in relation to a crime of violence for which Defendants may be prosecuted for in a court of the United States, that is Interference with Commerce by Robbery as set forth in Count One, such firearm was brandished during a robbery of Tapper's Diamonds and Fine Jewelry, located at

6337 Orchard Lake Road, West Bloomfield, Michigan, all in violation of Title 18, United States Code, Sections 924(c) and 2.

## COUNT THREE

(18 U.S.C. §§1951(a) – *Conspiracy to Interfere with Commerce by Robbery*)

That from on or about April 20, 2014, to April 22, 2014 in the Eastern District of Michigan, Southern Division, and elsewhere, defendants NATHANIEL PEMBROOK, DAVID BRILEY, SHAEED CALHOUN, and ORLANDO JOHNSON did unlawfully conspire with each other and with persons known and unknown to the grand jury, to obstruct, delay, and affect interstate commerce, and the movement of articles and commodities in such commerce, by robbery of a jewelry store that was engaged in commercial activity that affects interstate commerce; including but not limited to: Tapper's Diamonds and Fine Jewelry, located at 6337 Orchard Lake Road, West Bloomfield, Michigan; and Medawar Jewelers, located at 4518 Plainfield Ave, Grand Rapids, Michigan.

Defendants agreed and planned with each other and others to unlawfully take property from the presence of store employees and against their will by means of actual and threatened force, violence and fear of injury; that is: robbery of the employees and store at gun point, all in violation of Title 18, United States Code, Section 1951(a).

## COUNT FOUR

(18 U.S.C. §§ 924(c), 2 – *Possession of a Firearm in Furtherance of a Crime of Violence; Aiding and Abetting*)

That from on or about April 20, 2014, to April 22, 2014, in the Eastern District of Michigan, Southern Division, defendants NATHANIEL PEMBROOK, DAVID BRILEY, SHAEED CALHOUN, and ORLANDO JOHNSON did knowingly aid and abet the use and carrying of a firearm during and in relation to a crime of violence for which Defendants may be prosecuted for in a court of the United States, that is Conspiracy to Interfere with Commerce by Robbery as set forth in Count Three, such firearm was brandished during a robbery of Tapper's Diamonds and Fine Jewelry, located at 6337 Orchard Lake Road, West Bloomfield, Michigan; and at Medawar Jewelers, located at 4518

Plainfield Ave, Grand Rapids, Michigan; all in violation of Title 18, United States Code, Sections 924(c) and 2.

## COUNT FIVE

(18 U.S.C. §§ 922(g), 2 – *Possession of a Firearm by a Felon; Aiding and Abetting*

That on or about April 22, 2014, in the Eastern District of Michigan, Southern Division, the defendants, NATHANIEL PEMBROOK, DAVID BRILEY, SHAEED CALHOUN, and ORLANDO JOHNSON, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, and did aid and abet others to possess, in and affecting interstate commerce, a firearm, said firearm having been shipped and transported in interstate commerce; in violation of

5

Title 18, United States Code, Sections 922(g) and 2.

THIS IS A TRUE BILL.

/s/ Grand Jury Foreperson
Grand Jury Foreperson

BARBARA L. MCQUADE
United States Attorney


/s/ Christopher Graveline
CHRISTOPHER GRAVELINE
Chief, Violent and Organized Crimes Unit


/s/ Daniel L. Lemisch
DANIEL L. LEMISCH
Assistant U.S. Attorney

Dated: October 15, 2014

6

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number<br>14-20525 |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

## Reassignment/Recusal Information
This matter was opened in the USAO prior to August 15, 2008 [ ]

| **Companion Case Information** | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes  ☒ No | AUSA's Initials: |

Case Title: USA v. Nathaniel Pembrook, et al.

County where offense occurred: Wayne County and Elsewhere

Check One: ☒ Felony ☐ Misdemeanor

___ Indictment/___ Information --- **no** prior complaint.
___ Indictment/___ Information --- based upon prior complaint [Case number: ___ ]
✓ Indictment/___ Information --- based upon LCrR 57.10 (d) [Complete Superseding section below].

FILED 2014 OCT 15 P 4:22 U.S. DIST. COURT CLERK EAST DIST. MICH. DETROIT

## Superseding Case Information

Superseding to Case No: 14-20525     Judge: Laurie J. Michelson

☐ Original case was terminated; no additional charges or defendants.
☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☒ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| D-1 Nathaniel Pembrook | 18 USC Sect 1951(a), 2 | |
| D-2 David Briley | 18 USC Sect 924(c), 2 | |
| D-3 Shaeed Calhoun | 18 USC Sect 922(g), 2 | |
| D-4 Orlando Johnson | | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

October 15, 2014
Date

Christopher Graveline
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: 313-226-9155
Fax: 313-226-3265
E-Mail address: Christopher.Graveline2@usdoj.gov
Attorney Bar #: P69515

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

04/13